[Nos. 17892-7-III; 17893-5-III;   Division Three.   November 16, 2000.]
    17894-3-III; 17895-1-III.

THE STATE OF WASHINGTON, *Appellant*, v. JEREMY R. ALBRIGHT,
                    *Respondent*.
    THE STATE OF WASHINGTON, *Appellant*, v. JAKE GOOLIE,
                    *Respondent*.
    THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM BOYD
            WELCH, JR., *Respondent*.
    THE STATE OF WASHINGTON, *Appellant*, v. CLAYTON LEE
                NEIDIGH, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 98-1-01106-9, 98-1-01107-7, 98-1-01105-1, and 98-1-01108-5, James M. Murphy, J., entered September 10 and September 18, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18491-9-III.   Division Three.   November 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON WHALA,
                    *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-8-00113-4, Susan L. Hahn, J., entered May 24, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.